Thomas Griffin (No. 022475)
ROBAINA & KRESIN PLLC
5343 North 16th Street, Suite 200
Phoenix, Arizona 85016
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
ttg@robainalaw.com

Attorneys for Plaintiff Russell Ater

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Russell Ater,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Macy's Retail Holdings, Inc. dba Macy's, Inc.,<br><br>　　　　Defendant. | **No. 2:18-cv-03035-JTT**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Russell Ater hereby voluntarily dismisses the above-captioned action without prejudice.

　　　　RESPECTFULLY SUBMITTED this 21st day of December 2018.

　　　　　　　　　　　　　　　　　　ROBAINA & KRESIN PLLC

　　　　　　　　　　　　　　　　　　By /s/Thomas Griffin
　　　　　　　　　　　　　　　　　　　　Thomas Griffin
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Russell Ater